Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 14 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSE ANTONIO SALDANA,<br><br>                    Defendant. | 1:24-CR-2040-MKD<br><br>INDICTMENT<br><br>Vios: 18 U.S.C. §§ 1152, 2244(a)(5) and 2246(3)<br>Abusive Sexual Contact<br>(Counts 1, 2)<br><br>18 U.S.C. §§ 1152, 2244(a)(3) and 2246(3)<br>Abusive Sexual Contact<br>(Count 3)<br><br>18 U.S.C. §§ 1152, 2241(c) and 2246(2)(B), (D)<br>Aggravated Sexual Abuse<br>(Count 4)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

INDICTMENT – 1

COUNT 1

On or between about August 31, 1999, and June 15, 2002, within the external boundaries of the Yakama Nation Indian Reservation, in Indian country, in the Eastern District of Washington, the Defendant, JOSE ANTONIO SALDANA, did knowingly engage in sexual contact and attempt to engage in sexual contact with Minor 1, an Indian, to wit, causing the intentional touching, directly or through the clothing, of the breasts and genitals of Minor 1, a minor who had not attained the age of 12 years, and such touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, all in violation of 18 U.S.C. §§ 1152, 2244(a)(5) and 2246(3).

COUNT 2

On or between about August 1, 2002, and June 15, 2004, within the external boundaries of the Yakama Nation Indian Reservation, in Indian country, in the Eastern District of Washington, the Defendant, JOSE ANTONIO SALDANA, did knowingly engage in sexual contact and attempt to engage in sexual contact with Minor 1, an Indian, to wit, causing the intentional touching, directly or through the clothing, of the breasts of Minor 1, a minor who had not attained the age of 12 years, and such touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, all in violation of 18 U.S.C. §§ 1152, 2244(a)(5) and 2246(3).

INDICTMENT – 2

## COUNT 3

On or between about February 1, 2006, and January 30, 2008, within the external boundaries of the Yakama Nation Indian Reservation, in Indian country, in the Eastern District of Washington, the Defendant, JOSE ANTONIO SALDANA, did knowingly engage in sexual contact and attempt to engage in sexual contact with Minor 2, an Indian, to wit, causing the intentional touching, directly or through the clothing, of the buttocks of Minor 2, a minor who had attained the age of 12 years but not attained the age of 16 years, and was at least four years younger than the Defendant, and such touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, all in violation of 18 U.S.C. §§ 1152, 2244(a)(3) and 2246(3).

## COUNT 4

On or between about January 6, 2013, and January 4, 2014, within the external boundaries of the Yakama Nation Indian Reservation, in Indian country, in the Eastern District of Washington, the Defendant, JOSE ANTONIO SALDANA, did knowingly engage in a sexual act and attempt to engage in a sexual act with Minor 3, an Indian, to wit, the intentional touching, not through the clothing, of the genitalia of Minor 3 and the contact of Defendant's penis and the mouth of Minor 3, a minor who had not attained the age of 12 years, and such

INDICTMENT – 3

touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 1152, 2241(c) and 2246(2)(B), (D).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253(a)(2) and (a)(3), upon conviction of an offense in violation of 18 U.S.C. §§ 2244 and/or 2241, as alleged in this Indictment, the Defendant, JOSE ANTONIO SALDANA, shall forfeit to the United States of America any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 4

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 14 day of May, 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael D. Murphy*
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 5