7-7-24

I Sharon LameBull Saldana Swear By The TruTh my son Jose Antonio Saldana Sr Is InnocenT by Allmight God would never HurT no one Cousins or Other People.

When Jose was 14 or 15 years Old Jose was on is is Own. doing Jobs And Stay with family member or Cousin Boy help do Yark out or working in the Fields + Help Elderly + Jose A good DaD And Supporting his 3 Kids N█████ J█████ m█████ At And Step Kids L█████ And A█████ Take good Care of his Kids Movie Camping going Parks Other Family Events

Jose would Never Hurt Hurt No Body. Jose so Innocent Swea To God my Son Joes Help me Sharon + Dad Tony.

Jose Take good Care of mom Sharon And Dad Tony.

His Kids all need Their dad Jose Antonio Badly Please Let Jose Come Home Soon. We All need Jose Antonio Saldana Home

Thank-you.
for Listening to Statement

Jose Antonio Saldana
Very Seriously Innocent

thank you
Sharon Lamebull Saldana

7/8/24

To Whom it may concern,

I am writing this letter In regards to Jose Saldana Sr.

I have known him for 27 years I am his Aunt My Name Is ~~I~~ one Aviles ███████ And Always there when I needed to talk He's a very dedicated, hard working Kind and Loving father to his Kids

So let it be Known, I believe its A Lie and He should be out. Not being wrongfully charged.

Thank you. Ione

July 9, 2024

To whom it may concern

  This in regards to my Nephew Jose (Joey)Saldana, Joey, I have gotten very close to my Nephew, His Mother is my Sister. I open up a flower shop in Wapato almost 14 years ago, and He has been a great help to me I relay on my family during very busy times like, Christmas, Valentine day, Mother's day or some other busy times. He helps with my floral deliveries and sometimes one of His Kids rides with him.

  I do know that Joey did not have the best up brings and at one point my Husband and I tried to get custody of Joey, but we weren't able. I know Joey had to fend for himself and I find it very amazing that Joey was able to grow up to be very respectful and helpful, it just come naturally to him. When Joey became a father, his world really change His children are his world and mean very thing to him. Joey shares custody of his kids, give the Mother money, and has them every weekend, pays for schooling, gets them clothes and had great delight when it comes to their birthdays, Christmas.  Joey has a very good job for the last 10 years for more a security/event control person I think that is the title, He take his job very seriously He has worked his way up in the company.  Joey and his family went through a hard time and lived in a homeless shelter but he was able to save money and get a home for his Mother, Who should very thankful He takes care of her. Joey also takes care of us Aunties, we are widows, and always checking to see if we are ok, checks and helps me maintain my van has really step up for me these last 14 years so much a very part of my life. I am President of the Wapato Lions club and he has help up with the events we put on and just there with his kids with anything I am involved in.

  Joey is a decent of the Yakama Nation, I am enrolled and the during the last 10 years we have had close family deaths and Joey step up and has started to learn our longhouse ways and very much wanting his children, which they have been. Like I said Joey is a very naturally respect person, considering his up bring, very abusive Mother, and he is just so nice and kind, great Dad never in trouble with the law.  Unlike his Brother who, has been in and out of jail, has broken into my car, but my dog to care of him.  His brother is mean and ugly and distrustful. I do not understand what Joey is being charge with or understand, but he is a good man

Joey reminds me a lot like my Father, who had a very abusive up bringing but was a very gentle giant and gave us all his spare time, family man. Joey has installed true values in his Children, they great us with a hug, or hand shake, I love that I can joke and tease with His kids. Again I do not know what is going on, I just cannot see Joey being a bad person

Thank you

*Kiona Dick*

7/8/24

In regards to my cousin Jose Saldana Sr.

I've known my primo all my life. he's a great guy. And cares and takes care of his kids and works hard.

Why is he being falsely charged. I feel its not fair to him and would like you to look at this case carefully

Angel Mayes Jr.

7·8·24

To whom it may concern
I have known Jose since
he was 3 years old
he has never been
in trouble a hard
worker for his kids
and living a honest living.
the charges he is facing
are not true.

thanks for
your time
Eva Torres

From Victor Meraz

07/08/2024

Dear Judge,

To Whom It May concern

I am writing this letter of reference about Jose Antonio Saldana SR.

I Have known Jose for a Period of about 4 years, during this time I have observed him being polite and always spending time with his family.

I have seen him be a playful dad and caring son. He takes care of his older parents as well and enjoys being with his parents. From what I have seen Jose is a hard worker and frequently talked about how much he loved his job.

I'm sure his whole family is devastated from not having him home and the security that he brings.

Please consider this when making your decision.

Thank you

*[signature]*

From Juanita Perez

07/08/2024

Dear Judge,

I am writing this letter given our friend Jose Antonio Saldana Sr. I would like to bring to your light the kind of person he is despite the grave allegations that he is facing.

I have known him for the past 4 years as a neighbor. He is a good neighbor and good father to his children. I have always seen him at home with his family playing outside with his children and enjoying going to work.

I am very aware of his charges he is facing and the consequences of those but looking at the current situation of his bereaved family as he is also the head of household for his child and elderly parents. I would like to plead for leniency.

I hope you look into this matter before passing any verdict.

Thank you

*Juanita Perez*