1:24-cr-02040-MKD-1

Dear Clerk

4-4-25

Hello my name is Jose Antonio Saldana. Currently I'm an inmate at the Yakima County Jail, the reason I am writing to you is because I just lost trial in the federal courts, and I want to know can you provide me information on the federal rules to appeal or request a new trial.

It is my understanding once a trial is lost an appeal motion is time sensitive. How many days or weeks does one have by law to appeal a guilty verdict? I am aware that in state law a person has to motion appeal like within 14 days from the verdict.

So if there anything you can help me with regarding this subject I will sencerally appricate it

respectfully
Jose A. Saldana

RECEIVED
APR 10 2025
CLERK, U.S. DISTRICT COURT
YAKIMA, WASHINGTON