# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | | Case No. | 1:24-CR-02040-MKD |
| --- | --- | --- | --- |
| | Plaintiff, | **CRIMINAL MINUTES** | |
| -vs- | | DATE: | JUNE 16, 2025 |
| JOSE ANTONIO SALDANA, | | LOCATION: | YAKIMA |
| | Defendant. | **SENTENCING HEARING** | |

| | Honorable Mary K. Dimke | |
| --- | --- | --- |
| Cora Vargas | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy | | Ulvar Klein |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**  Carrie Valencia | | |

[ X ]  Open Court          [  ]  Chambers          [  ]  Video Conference

Defendant present in custody of the US Marshal.

Counsel confirmed they are ready to proceed to sentencing.

Mr. Klein confirmed he has reviewed and discussed the Presentence Investigation Report (PSR) and Addendum with the defendant, including the proposed conditions of supervision, and the defendant's objections have been filed.

After hearing argument from counsel regarding Defendant's objections to the PSR, the Court overruled the objections and provided findings on the guideline calculations. The PSR shall be amended to reflect the offense of conviction for Count 4 is *attempted* aggravated sexual abuse.

Mr. Murphy provided sentencing recommendations on behalf of the United States.

Mr. Klein provided sentencing recommendations and comments on behalf of Defendant and requested the Court find Defendant indigent for purposes of appeal.

Defendant declined to address the Court on his own behalf.

The Court addressed Defendant and imposed sentence:

- **Imprisonment: 540 months as to Counts 1, 2, and 4, and 24 months as to Count 3, to all run concurrent**. The Court recommends placement at FCI Sheridan.

- **Supervised Release: life as to all counts** on mandatory, standard, and special conditions listed in the Presentence Investigation Report. Mr. Klein waived reading of the conditions on behalf of Defendant.

## [X]  ORDER FORTHCOMING

| **CONVENED:** 11:25 A.M. | **ADJOURNED:** 11:53 A.M. | **TIME:** 0:28 HR. | **CALENDARED** [ ] |
| --- | --- | --- | --- |

*USA -vs- SALDANA*  
1:24-CR-02040-MKD  
Sentencing Hearing

June 16, 2025  
Page 2

- **Fine**: waived

- **Special Penalty Assessment**: $400 total ($100 per count)

- **Restitution**: none requested

- **JVTA Assessment**: waived

Appeal rights given.